UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC WATERMAN,<br><br>       Plaintiff,<br><br>    v.<br><br>WEINGARTEN REALTY INVESTORS, ANDREW M. ALEXANDER, STANFORD J. ALEXANDER, SHELAGHMICHAEL C. BROWN, STEPHEN A. LASHER, THOMAS L. RYAN, DOUGLAS W. SCHNITZER, C. PARK SHAPER, MARC J. SHAPIRO, and KIMCO REALTY CORPORATION,<br>       Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:21-cv-04970-RA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 4, 2021                  **RIGRODSKY LAW, P.A.**

                                     By: */s/ Gina M. Serra*
                                               Seth D. Rigrodsky
                                               Timothy J. MacFall
                                               Gina M. Serra
                                               Vincent A. Licata
                                               825 East Gate Boulevard, Suite 300
                                               Garden City, NY 11530
                                               Telephone: (516) 683-3516
                                               Email: sdr@rl-legal.com
                                               Email: tjm@rl-legal.com
                                               Email: gms@rl-legal.com
                                               Email: vl@rl-legal.com

                                               *Attorneys for Plaintiff*